**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1481**

CHRISTOPHER JAY DUDLEY,

Plaintiff - Appellant,

v.

4-MCCAR-T, INCORPORATED; MCDONALD'S,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:09-cv-00520-sgw-mfu)

Submitted:  November 30, 2011        Decided:  December 15, 2011

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Jay Dudley, Appellant Pro Se.  Steven Robert Becker, VORYS, SATER, SEYMOUR & PEASE, Washington, D.C.; Steven R. Miller, VORYS, SATER, SEYMOUR & PEASE, Cincinnati, Ohio; Adam J. Rocco, VORYS, SATER, SEYMOUR & PEASE, Columbus, Ohio; Gregory Branch Robertson, HUNTON & WILLIAMS, LLP, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Jay Dudley appeals the district court's order denying relief on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dudley v. 4-McCar-T, Inc., No. 7:09-cv-00520-sgw-mfu (W.D. Va. May 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED